# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil Action No.: |
| VS. ) | |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | JURY DEMAND |
| ) | |
| DEFENDANT ) | |

## COMPLAINT

**I. The Parties to this Complaint**

A. Plaintiff

1. Plaintiff Kai Spears (hereinafter "Plaintiff Spears") is domiciled in the state of West Virginia and is currently a freshman at The University of Alabama (hereinafter "UA") in Tuscaloosa, Alabama.

2. Plaintiff Spears is a guard on the UA basketball team.

B. Defendant

3. Defendant The New York Times Company (hereinafter "Defendant New York Times") is headquartered in New York, New York.

4. Defendant New York Times address for service of process is: C/O Corporation Service Company, 80 State Street, Albany, New York, 12207 – 2543.

5. Defendant New York Times publishes a daily newspaper provided in both print and digital formats.

6. Additionally, a limited number of individual articles are available over the internet for a free. Once that limit has been reached, the articles are only available for a fee.

7. Defendant New York Times, by and through it agents, servants, employees, and/or independent contractors provides the public with regular articles on various subjects, including sports.

## II. Basis for Jurisdiction

8. Plaintiff Spears is a citizen of the State of West Virginia, who has lived as a student athlete at the University of Alabama in Tuscaloosa, Alabama since August 2022.

9. Defendant New York Times is incorporated under the laws of the State of New York and has its principal place of business in the State of New York.

10. The amount in controversy is in excess of $75,000.00, not counting interest and court costs. Plaintiff Spears is a freshman at the University of Alabama and at the beginning of his post-high school educational life and sports life. Defendant New York Times' false statements and invasion of his privacy impact his education and his ability to advance in his chosen sport of basketball as the statements wrongfully place him at the scene of a murder when he was not present. These false statements will be associated with him for the rest of his life and will forever label him as a person associated with a murder.

11. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

12. Venue is proper because the above-named Defendant published false and damaging information regarding an individual who is a student at UA and a member of the basketball team.

13. The publications took place around the time of the NCAA men's basketball championship tournament, part of which took place in Alabama, and appear as though they were designed to cause angst and create additional controversy on the eve of one of the most engaging sporting events in the United States, Alabama's first game in the NCAA

Tournament was located in Birmingham, Alabama, which is where Defendant's agent/reporter "interviewed" the Plaintiff, and upon information and belief, where the defamatory article was written.

14. The location of the shooting and death, which give rise to the false statements and publication thereof, occurred within the Northern District of Alabama.

15. Defendant New York Times intended to and did reach the citizens of Alabama with the publication of the false statements, as well as the placement of its reporter at the NCAA Tournament first round game in Birmingham, Alabama.

### III. Factual Allegations

16. This action arises out of the tragic death of Jamea Harris from a shooting that occurred on January 15, 2023 in Tuscaloosa, Alabama.

17. Darius Miles, a former UA basketball player, was charged with a capital murder offense in the shooting and has pleaded not guilty. Michael Davis was also charged with a capital murder offense for the shooting.

18. Two UA basketball players, Brandon Miller and Jaden Bradley, were present at the time of the shooting.

19. Plaintiff Spears was not present at the time of the shooting.

20. Defendant New York Times published an article on or about March 15, 2023 stating that Plaintiff Spears was also present at the January 15, 2023 shooting

21. Following the January 14 University of Alabama versus Louisiana State University (hereinafter "LSU") basketball game, Plaintiff Spears met up with his high school friends, Dylan Serafini (hereinafter "Mr. Serafini"), and Esai Morse (hereinafter "Mr. Morse"). (See, Affidavit of Dylan Serafini, attached hereto as **Exhibit A**).

22. Plaintiff Spears, Serafini and Morse had been friends for approximately 5 to 6 years. Mr. Serafini is a mechanical engineering sophomore at Clemson University. Mr. Morse is a student at Clemson University as well. Mr. Serafini and Mr. Morse were visiting Plaintiff Spears the weekend of January 13, 14, and 15, 2023. Exhibit A, paragraph 5.

23. Plaintiff Spears lives in the athletes' dorm at the UA, which is known as Bryant Hall, named after Alabama Hall of Fame college coach, Paul "Bear" Bryant.

24. Plaintiff Spears lives in a four-person suite with individual rooms for each student athlete and a shared common area. Mr. Serafini and Mr. Morse planned to sleep on the couch in the common area.

25. Following the UA-LSU basketball game on the afternoon of January 14, 2023, Serafini and Morse picked up Plaintiff Spears and they went to Waffle House to eat. Exhibit A, paragraph 6.

26. Following that meal, Plaintiff Spears, Serafini and Morse went back to Bryant Hall to get ready to go out for the evening. Exhibit A, paragraph 7.

27. Later that evening, Plaintiff Spears, Serafini, and Morse went to the Strip, a retail and nightlife district located immediately west of UA's campus.

28. At approximately 11 PM to 11:30 PM Plaintiff Spears, Serafini, and Morse bumped into Adam Cottrell, Max Scharnowski, and Delaney Heard who were going into the Houndstooth Bar.

29. At approximately 12:30 AM Plaintiff Spears, Serafini, and Morse met up with one of Plaintiff Spears' fellow basketball players, Brandon Miller (hereinafter "Mr. Miller"), outside of the Houndstooth Bar, where they left to eat at a place called Moe's Original BBQ. Exhibit A, paragraph 10.

30. During the time that Plaintiff Spears, Serafini and Morse were at Moe's Original BBQ, Plaintiff Spears facetimed another UA basketball player Jaden Bradley (hereinafter "Mr. Bradley"). During this call, Mr. Bradley and Mr. Miller asked Plaintiff Spears, Serafini and Morse if they wanted to go out with them. Exhibit A, paragraph 13.

31. Due to the lateness of the hour and Mr. Serafini and Mr. Morse's planned trip back to Clemson University, Plaintiff Spears, Serafini and Morse declined the invitation with intentions to return immediately to Bryant Hall with no stops at any location.

32. At approximately 1:40 AM Mr. Miller and Cooper Lee got into Mr. Miller's car. Plaintiff Spears, Serafini, and Morse got into Mr. Serafini's car to return to Bryant Hall.

33. As soon as Plaintiff Spears, Serafini, and Morse arrived back in the parking lot of Bryant Hall in Mr. Serafini's vehicle, Plaintiff Spears placed a FaceTime call at approximately 1:48 AM to Mr. Miller and Mr. Bradley to see where they ended up going out, Plaintiff Spears was informed that shots were fired at the windshield of Mr. Miller's vehicle. See, also, Exhibit A, paragraph 15.

34. Mr. Miller and Mr. Bradley were frantic and unsure what else may have transpired.

35. Plaintiff Spears, Serafini, and Morse walked into Bryant Hall and remained in the dorm for the night.

36. After arriving at the suite, Plaintiff Spears communicated with various people by text and through FaceTime to try to determine what happened.

37. At approximately 2 AM Cooper Lee, UA basketball manager, called Plaintiff Spears so he could come to Bryant Hall and gather his thoughts. Cooper Lee arrived at Plaintiff's room at approximately between 2:30 and 2:35 AM at Bryant Hall. Exhibit A, paragraph 17.

38. On January 15, 2023, at approximately 4 pm, Plaintiff Spears went to the police station as the Tuscaloosa police wanted to interview all the basketball players who were out that night.

39. The police investigation conclusively established that Plaintiff Spears was not present at the time of the shooting.

40. On the afternoon of March 15, 2023 at approximately 3 PM, at UA's shoot around in Birmingham, Alabama, Defendant New York Times' reporter Mr. Witz approached Plaintiff Spears and asked him, "The night of the shooting, when you were in Brandon Miller's car, were you scared when the shots were fired?"

41. The Plaintiff was taken aback and simply responded, "No comment."

42. The Defendant's employee/agent Mr. Witz pressed the matter with the Plaintiff and asked him if he wanted to comment on his presence the night of the shooting. Plaintiff again responded with "No comment" as per the UA Department of Athletics guidance.

43. At approximately 8 PM, March 15, 2023, Defendant New York Times published and disseminated an article that made statements that Plaintiff Spears was present at the time of the subject shooting.

44. Defendant New York Times published the following regarding Plaintiff Spears:

> The shootout, which sent people nearby scrambling for cover, killed Jamea Harris, 23, who was a passenger in a car. In another car that was struck were Brandon Miller, a star player for the Crimson Tide, and Kai Spears, a freshman walk-on whose presence at the scene had not been previously reported.

45. Defendant New York Times additionally published the following regarding Plaintiff Spears:

> Including Spears, at least four Alabama players have now been placed at the scene of the shooting that took place in the early morning hours of Jan. 15, as bars emptied out along The Strip, a popular gathering spot for students near campus along University Boulevard in Tuscaloosa.

46. Defendant New York Times additionally published the following regarding Plaintiff Spears:

> Jaden Bradley, a freshman guard, was also at the scene. A review of surveillance video showed his car was in a narrow lane that intersects University Boulevard, parked ahead of Miller and Spears. Behind Miller and Spears was a Jeep with Harris in the front passenger seat.

47. These statements by Defendant New York Times regarding the presence of Plaintiff Spears are untrue and are demonstrably false.

48. By the late evening of March 15, 2023, the evening before UA's first round NCAA Tournament game, the Plaintiff was being bombarded with texts, calls, and mentions on social media.

49. Plaintiff Spears was not present at the shooting that occurred on January 15, 2023 that resulted in the death of Jamea Harris.

50. Defendant New York Times was advised by representatives of UA, Plaintiff Spears, Plaintiff Spears' father, and Plaintiffs' Spears counsel that the statements were untrue.

51. On March 20, 2023, Plaintiff Spears, through counsel, made a written demand upon Defendant New York Times for a public retraction as required pursuant to Ala. Code § 6-5-186, via email correspondence to Diane Brayton, Chief Legal Counsel at The New York Times. This email was then forwarded to David McCraw, Senior Vice President and Deputy General Counsel.

52. Defendant New York Times failed to retract the published statements by March 25th, 2023 as requested, and Mr. McCraw reinforced the Defendants' incorrect position on the matter as Mr. Witz, the reporter, had done previously.

53. The untrue statement was republished by a number of media outlets including, but not limited to, Fox News; AL.com; clickondetroit.com; Spectrum News NY1; New York Post; ESPN Pittsburgh; PennLive.com; and, NationBlue.com.

54. The news media commonly republish statements made by other news media sources such as Defendant New York Times.

55. Since the publication by Defendant New York Times, Plaintiff Spears has been wrongfully thrust into nationwide news without any intention on his part of obtaining publicity regarding the January 15, 2023 death of Jamea Harris.

56. Since the publication by Defendant New York Times, Plaintiff Spears has experienced severe emotional distress as his life has been disrupted by the untrue statements linking him to a criminal event.

57. Since the publication by Defendant New York Times, Plaintiff Spears has experienced difficulties managing and processing comments made about him via social media causing anxiety and stress while he continues his educational endeavors.

58. Since the publication by Defendant New York Times, Plaintiff Spears has experienced difficulties concentrating and focusing on his

academic and sports endeavors, while enduring outrageous comments such as "go kill yourself."

59. Since the publication by Defendant New York Times, Plaintiff Spears has been contacted by strangers regarding his alleged involvement in the incident and those interactions have been mean-spirited, threatening and have caused mental anguish and harm, up to and including threats against his life.

## IV. Causes of Action

### COUNT I – DEFAMATION/LIBEL

60. Plaintiff Spears hereby incorporates by reference all of the allegations contained in the preceding paragraphs as though fully set forth herein.

61. Defendant New York Times failed to use reasonable care in publishing and disseminating the untrue statements regarding Plaintiff Spears' presence at a crime scene.

62. The statements published and disseminated by Defendant New York Times exposed Plaintiff Spears to public ridicule or contempt.

63. The denial by Plaintiff Spears and representatives from UA are considered by some to be untrue:

> '...despite denials from Spears and the university...'
>
> This is the NYT reporting honestly for once. Just because the school and the player say it isn't true, and really really really wish it wasn't true, doesn't mean it's not true. I mean, it's not like he was claiming he is actually a female, which...[1]
>
> This is probably the only time in years the NYT actually printed a true story.[2]

64.  A <u>New York Post</u> headline reads "Another Alabama basketball player, Kai Spears, linked to deadly shooting scene."[3]

65.  CBS NCAABB's headline reads " Fourth Alabama basketball player identified at scene of deadly shooting in January, per report" in bolded black letters and, underneath reports that "The Crimson Tide deny that Kai Spears, a walk-on, was at the scene as reported Wednesday" in grey font half the size.[4]

66.  <u>Fox Sports</u> reported that:

> A fourth Alabama men's basketball player is now reported to have been at the scene of a fatal on-campus shooting that resulted in capital murder charges against a former teammate.

---

[1] Comment by user Chile10001488, https://www.foxnews.com/sports/nyt-stands-by-report-alabamas-kai-spears-was-present-fatal-january-shooting-despite-denials (accessed April 6, 2023).
[2] Comment by user taverntalent, *Id*.
[3] https://www.newsbreak.com/tuscaloosa-al/2959661770339-another-alabama-basketball-player-kai-spears-linked-to-deadly-shooting-scene. (Accessed April 6, 2023).
[4] https://www.cbssports.com/college-basketball/news/fourth-alabama-basketball-player-identified-at-scene-of-deadly-shooting-in-january-per-report/  (accessed April 6, 2023)

> Freshman walk-on guard Kai Spears was reported to have been in a separate car with SEC Player of the Year Brandon Miller during the January 15th death of 23-year-old Jamea Harris according to *The New York Times.* [5]

67. Defendant New York Times was at least negligent in publishing false and defamatory statements to its reading public concerning the Plaintiff Spears, which is actionable without having to prove special harm and/or actionable as Plaintiff Spears suffered special harm.

68. As a direct and proximate result of Defendant New York Times wrongful conduct Plaintiff Spears suffered the following damages: severe emotional distress, there is no measurable dollar amount.

69. Defendant New York Times published the statements with knowledge that the statements published were false, or with reckless disregard of whether the statements were false or not.

70. Defendant New York Times a second time brazenly and without regard for the truth affirmed their false statements even after denials by Plaintiff Spears, Plaintiff Spears' father (Christian Spears), Plaintiff Spears' Head Coach (Nate Oats) and Plaintiff Spears' Director

---

[5] https://foxsports980.iheart.com/content/2023-03-16-fourth-alabama-basketball-player-was-at-scene-of-fatal-shooting-report/ (accessed April 6, 2023).

of Athletics at UA (Greg Bryne) all denouncing the New York Times story as false, acknowledging Plaintiff Spears was not in the car nor at the scene of the murder. Defendant New York Times acknowledged to media outlets the following:

> The New York Times stands by its reporting that Alabama walk-on basketball player Kai Spears was a fourth basketball player at the scene of the shooting of Jamea Harris and was in Brandon Miller's car.
>
> "We're confident in our reporting and stand by it," a Times spokesperson told AL.com on Friday morning.[6]

## COUNT II – FALSE LIGHT INVASION OF PRIVACY

71.  Plaintiff Spears hereby incorporates by reference all of the allegations contained in the preceding paragraphs as though fully set forth herein.

72.  Defendant New York Times publicized statements that Plaintiff Spears was present at a murder crime scene, when, in fact, Plaintiff Spears was not present. Moreover, Defendant's article implies that the Plaintiff may have had some role in the death of Jamea Harris.

---

[6] https://www.al.com/alabamabasketball/2023/03/new-york-times-stands-by-kai-spears-report-despite-alabama-greg-byrne-refuting-story.html (accessed April 10, 2023).

73. These statements implied that Plaintiff Spears may have been involved in criminal activity and may have withheld information of his presence at the murder scene from investigating officials.

74. These false statements are highly offensive to any reasonable person.

75. Defendant New York Times had knowledge of or acted in reckless disregard as to the falsity of the publicized matter and the false light in which Plaintiff Spears would be placed.

76. Defendant New York Times' conduct is especially egregious as the false statements regarding a young man who is just starting out on his collegiate education and sports participation.

77. The statements made by Defendant New York Times would cause mental suffering, shame, or humiliation to a person of ordinary sensibilities and did cause mental suffering, shame, and humiliation to Plaintiff Spears.

78. Defendant New York Times failed to properly investigate whether or not Plaintiff Kai Spears was present at the murder scene, even after repeated denials by multiple parties intimately connected with

the case, doubling down on their false narrative causing additional harm with multiple republications.

79. Defendant New York Times published the statements with knowledge that the statements published were false, or with reckless disregard of whether the statements were false or not.

80. As a direct and proximate result of Defendant New York Times wrongful invasion of privacy, Plaintiff Spears suffered the following damages: severe emotional distress, mental anguish, and loss of enjoyment of life..

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Kai Spears respectfully requests that the Court:

1. Award him compensatory damages;

2. Award him punitive damages;

3. Award attorney's fees and costs incurred during the course of this litigation;

4. Grant any and all relief to which plaintiffs;

5. Grant any further relief this Honorable Court deems just and proper.

Respectfully submitted,

*/s/  R. Matt Glover*
R. Matt Glover (ASB-7828-a43g)
Prince Glover Hayes
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email:  mglover@princelaw.net


Pro Hac Vice Pending:

*/s/ Stephen P. New*
Stephen P. New (*WVSB #7756*)
New, Taylor & Associates
Attorneys at Law
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com


**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**


The New York Times Company
c/o Corporation Service Company
80 State Street
Albany, New York, 12207 – 2543