# EXHIBIT A

DocuSign Envelope ID: 1084D5E9-C500-4393-96E1-9E8C9BBDDF9D

## AFFIDAVIT OF DYLAN SERAFINI

1. My name is Dylan Serafini and I am over the age of 18 years and of sound mind.

2. **I have been friends with Kai Spears for approximately 5 to 6 years and we both attended Pine Richland High School together for nearly two years before he transferred to Bishop Canevin High School in Pittsburgh.**

3. I am a Sophomore at Clemson University majoring in mechanical engineering.

4. During winter break 2022 I had not seen Kai, as he and his family now live in Huntington, West Virginia. So, Kai and I made arrangements where I would visit for a basketball game in January.

5. On the weekend of January 14, 2023 Esai Morse and I traveled from Clemson University in South Carolina to Tuscaloosa, Alabama to watch the University of Alabama Crimson Tide play LSU in basketball.

6. Following the Alabama-LSU basketball game Kai dropped me and Esai at Waffle House at approximately 6 PM. Kai then took my car to Bryant Hall where he cleaned up and met us at waffle house

7. After we ate at Waffle House, Kai, Esai and I returned to Bryant Hall where we relaxed and got cleaned up before going out for the evening.

8. At approximately 11 PM to 11:30 PM Kai, Esai, and I went to the apartment of Morgan Mowl. At 12:10 Esai and Kai go on the strip. I remained with Ms. Mowl.

9. At approximately 12:15 AM to 12:30 AM I had rejoined Esai and Kai and we bumped into Adam Cottrell, Max Scharnowski and Delaney Heard who were going into the Houndstooth Bar.

10. At around 12:30 AM or 12:35 AM our group bumped into Brandon Miller on the strip next to the Houndstooth Bar. Esai and Kai got into Brandon Miller's car and went to Moe's Barbecue.

11. I returned to Morgan Mowl's apartment with her, where I remained until approximately 1:15 AM.

12. I arrived at Moe's Barbecue at approximately 1:20 AM and met up with Kai, Esai, Brandon Miller and Cooper Lee. I understood that Cooper Lee is the manager of the University of Alabama basketball team.

13. Esai, Kai, Brandon Miller, Cooper Lee and I leave Moe's Barbecue at approximately 1:40 AM. Kai Spears facetimes Jaden Bradley to ask where he was. Brandon Miller takes Kai Spears phone and talks to Jaden Bradley.

14. At approximately 1:40 AM Brandon Miller and Cooper Lee get into Brandon Miller's car. Esai, Morse, Kai Spears and I get into my car to return to Bryant Hall. Esai and I would have a long drive ahead of us on Sunday and we wanted to rest.

15. At 1:48 AM Kai facetimed Jaden Bradley from the Bryant Hall parking lot to see where those guys ended up going out. Jaden Bradley was upset and shows Kai on facetime Brandon Miller's windshield with bullet holes and tells Kai Spears he must call him later.

16. At this time Kai, Esai and I enter Bryant Hall and go to Kai's quad. Esai and I slept on couches in the common area.

17. Around 2 AM Cooper Lee calls Kai to come to Bryant Hall and gather his thoughts. Cooper Lee arrives somewhere between 2:30 AM and 2:35 AM at Bryant Hall. Esai and I were asleep and did not overhear conversations between Kai and Cooper Lee.

18. The following morning Kai was awakened by a phone call from his father, Christian Spears, and he had missed phone calls from the Tuscaloosa Police Department. Christian informed Kai that he needed to contact the Chief of Police from Tuscaloosa and go in and give a statement. Esai and I left to return to Clemson later that morning.

Further Affiant saith naught.

*[signature]*

Dylan Serafini

Subscribed and sworn before me this __30__ day of __May__, 2023.

*[Notary Seal: OFFICIAL SEAL, NOTARY PUBLIC, STATE OF WEST VIRGINIA, Erin C. Hayhurst, 7 Sutton Pl, Oak Hill, WV 25901, My Commission Expires February 1, 2026]*

*[signature]*
Notary Public
My Commission Expires __February 1, 2026__