FILED
2023 May-31  PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil Action No.: |
| VS. ) | 7:23-cv-00692-LSC |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | JURY DEMAND |
| ) | |
| DEFENDANT ) | |

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant(s):

**The New York Times Company**
**c/o Corporation Service Company**
**80 State Street**
**Albany, New York, 12207 – 2543**

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

Respectfully submitted,

*/s/ R. Matt Glover*
R. Matt Glover (ASB-7828-a43g)
Prince Glover Hayes
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email:  mglover@princelaw.net

*/s/ Stephen P. New*
Stephen P. New (*WVSB #7756*)
New, Taylor & Associates
430 Harper Park Drive
P.O. Box 5516
Beckley, WV   25801
Phone: (304) 250-6017
Fax: (304) 250-6012
Email: steve@newlawoffice.com
(Pro Hac Vice Pending)