**FILED**

2023 Jun-05  PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **KAI SPEARS** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | **Civil Action No.:** |
| **VS.** | ) | **7:23-cv-00692-LSC** |
| | ) | |
| **THE NEW YORK TIMES COMPANY,** | ) | **JURY DEMAND** |
| | ) | |
| **DEFENDANT** | ) | |

### SUMMONS IN A CIVIL ACTION

**NOTICE TO:**     **The New York Times Company**
**c/o Corporation Service Company**
**80 State Street**
**Albany, New York, 12207 – 2543**

A lawsuit has been filed against you.

Within **21** (twenty-one) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**R. Matt Glover**
**Prince Glover Hayes**
**1 Cypress Point**
**701 Rice Mine Road North**
**Tuscaloosa, Alabama 35406**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**  You also must file your answer or motion with the court.

DATE: **6/5/2023**

SHARON N. HARRIS, CLERK

By:

Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN
9489 0090 0027 6311 6416 73

NORTHERN DISTRICT OF ALABAMA, 1729 5th Avenue North, Birmingham, Alabama 35203