IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 23-CV-00692-LSC |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | **UNOPPOSED** |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant The New York Times Company ("Defendant") hereby moves the Court to enter an order extending the deadline for Defendant's response to Plaintiff's Complaint. In support of this motion, Defendant further states as follows:

1. Plaintiff filed the above-styled action in this Court on May 30, 2023. *See* Doc. 1.

2. On May 31, 2023, Plaintiff requested service by certified mail. *See* Doc. 2.

3. On June 5, 2023, the Court issued a summons to Defendant and mailed the same via certified mail. *See* Doc. 3.

1

4. On June 15, 2023, the Court docketed that the summons was returned executed, that Defendant was served on June 9, 2023, and that Defendants deadline for a response to Plaintiff's Complaint is June 30, 2023. Doc. 4.

5. Counsel for Defendants were recently retained and reached out to Plaintiff's Counsel regarding a twenty-eight (28) day extension on Defendant's deadline to respond to the Complaint.

6. Plaintiff's Counsel consented to the proposed extension, which would result in a new deadline of July 28, 2023.

7. Good cause exists for this extension as defense counsel has only recently been retained and requires additional time to become knowledgeable about the case in order to prepare an initial response to Plaintiff's Complaint.

8. Defendant has conferred with Plaintiff, through counsel, and Plaintiff does not oppose this request.

## CONCLUSION

Defendant requests that the Court enter an order extending the deadline for Defendant to respond to Plaintiff's Complaint until July 28, 2023.

*/s/ Matthew J. Winne*
One of the Attorneys for Defendant
The New York Times Company

OF COUNSEL:

John G. Thompson
*jthompson@lightfootlaw.com*
Matthew J. Winne
*mwinne@lightfootlaw.com*
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

                                                    */s/ Matthew J. Winne*
                                                    OF COUNSEL