FILED
2023 Jul-27 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | **Civil Action No.:** |
| VS. ) | **7:23-cv-692-LSC** |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | **JURY DEMAND** |
| ) | |
| DEFENDANT ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF

## STEPHEN P. NEW

**COMES NOW,** R. Matt Glover, as counsel for the Plaintiff in the above-styled case, and respectfully requests that Stephen P. New be granted admission *pro hac vice* to appear as counsel for the Plaintiff in the above-styled matter. In support thereof, the following is offered:

1. Stephen P. New avers that he is eligible and qualified to be admitted to practice before this Court *pro hac vice*. Mr. New resides at 515 N. Highland Drive, Beckley, WV 25801. Mr. New is an attorney at the law firm of New, Taylor & Associates, located at 430 Harper Park Drive, Beckley, West Virginia 25801; phone number: (304) 250-6017;

facsimile: (304) 250-6012; email address: steve@newlawoffice.com.  Mr. New regularly practices law in West Virginia.

2. Mr. New was admitted to practice as a member of the bar of the State of West Virginia on October 13, 1998.  Mr. New is a member in good standing and is admitted to practice in the Courts of West Virginia, as well as the Bars of the United States District Courts for the Northern District and Southern District of West Virginia; Fourth Circuit Court of Appeals; and the United States Supreme Court.

3. Mr. New understands that by appearing in this case, he is subject to the rules of this Court, just as if a member of the bar of this district.  Pursuant to Local Rule 83.1, Mr. New confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4. Mr. New has never been suspended from the practice of law nor been disciplined by any state or local committee or agency.  A Certificate of Good Standing for Mr. New from the State of West Virginia is attached hereto as Exhibit "A".

5. Pursuant to this Motion, the undersigned is subsequently providing payment in the amount of $75.00 as a fee to be allowed to appear in this case *pro hac vice*.

6. A proposed order that would grant this Motion is attached hereto as Exhibit "B" hereof for the Court's consideration.

**WHEREFORE, THESE PREMISES CONSIDERED,** the Plaintiff respectfully requests that the application for admission *pro hac vice* of Stephen P. New be granted and that Mr. New be allowed to represent the Plaintiff in the above-captioned matter.

[The remainder of this page is intentionally left blank.]

Respectfully submitted,

*/s/ R. Matt Glover*
R. Matt Glover (ASB-7828-a43g)
*Attorney for Plaintiff*
Prince, Glover & Hayes
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following on this the 27th day of July, 2023:

Matthew J. Winne, Esquire
John G. Thompson, Esquire
Stephen P. New, Esquire

/s/ *R. Matt Glover*
Of Counsel