# EXHIBIT A

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Stephen Paul New - WVSB ID# 7756**

This is to certify that, according to the records of the West Virginia State Bar, Stephen Paul New, of Beckley, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 13, 1998.

According to the records of the West Virginia State Bar, as of May 31, 2023, Stephen Paul New is currently an Active Member in good standing with the West Virginia State Bar.

*Mary Jane Pickens*

**Mary Jane Pickens, Esquire**
**Executive Director**
**The West Virginia State Bar**

EXHIBIT A