FILED
2023 Jul-27 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

## EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **KAI SPEARS,** | § § | |
| **PLAINTIFF,** | § § | |
| VS. | § § | Case No.: 7:23-cv-577-LSC |
| **THE NEW YORK TIMES COMPANY,** | § § § | |
| **DEFENDANT.** | § § | |

## **PROPOSED ORDER**

This matter having come before the Court on the motion for admission, *pro hac vice*, of Steven P. New of New, Taylor & Associates as additional counsel for Plaintiff, in the above-styled action, and the Court having considered the same and having determined that a hearing on same is unnecessary, the Court finds that said motion is due to the GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED, that Steven P. New is hereby admitted to practice before this Court *pro hac vice*, in the above-styled action, as additional counsel for Plaintiff.

Done this the _____ day of _____, 2023.

_____
U.S. District Court Judge