FILED

2023 Jul-28  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | |
|---|---|
| **KAI SPEARS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | |
| ) | **7:23-CV-00692-LSC** |
| **THE NEW YORK TIMES COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF APPEARANCE**

John G.  Thompson, Jr., of Lightfoot, Franklin, & White, LLC, hereby enters

his appearance as additional counsel of record for Defendant The New York Times

Company.  Please direct all future correspondence and pleadings accordingly.

/s/ John G.  Thompson, Jr.
John G. Thompson, Jr. (asb-2376-hg4t)
One of the Attorneys for Defendant
The New York Times Company

**OF COUNSEL:**

John G. Thompson (THO174)
asb-2376-h64t
Matthew J. Winne (WIN060)
asb-7356-q00o
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200
(205) 581-0700
(205) 581-0799 (Facsimile)
jthompson@lightfootlaw.com
mwinne@lightfootlaw.com

Chad R. Bowman (*pro hac vice forthcoming*)
Emmy Parsons (*pro hac vice forthcoming*)
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-2200
(202) 661-2299 (facsimile)
*bowmanchad@ballardspahr.com*
*parsonse@ballardspahr.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

/s/ John G. Thompson, Jr.
Of Counsel