# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| KAI SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 23-CV-00692-LSC |
| | ) | |
| THE NEW YORK TIMES COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Chad Bowman, pursuant to LR 83.1 of the United States District Court for the Northern District of Alabama, hereby applies to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:

1. My residence is located at:

   2211 Clark Place
   Silver Spring, MD 20902

2. My office address, telephone number, facsimile number, and email address as are follows:

   Ballard Spahr LLP
   1909 K Street NW, 12th Floor
   Washington, DC 20006
   Tel: (202) 508-1120
   Fax: (202) 661-2299
   bowmanc@ballardspahr.com

3. I am a member in good standing and eligible to practice in the following jurisdictions:

    Please see the attached list.

4. I am attaching hereto a copy of a Certificate of Good Standing from the District of Columbia.

5. I have been retained to represent the following client(s): The New York Times Company.

6. I have never been a member of the State Bar of Alabama.

7. I have never been denied *pro hac vice* admission in Alabama.

8. I have never had *pro hac vice* admission revoked in Alabama.

9. I have never been sanctioned or formally disciplined by a court in Alabama.

10. I have never been the subject of any formal disciplinary proceedings.

11. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

12. I have reviewed and am familiar with the Local Rules of the United States District Court for the Northern District of Alabama and will comply with the standards of practice set out therein.

13. I have reviewed and am familiar with the Alabama Rules of Professional Conduct adopted by the Alabama Supreme Court and will comply with the standards of practice set out therein.

14. I have reviewed and am familiar with the American Bar Association Model Rules of Professional Conduct and will comply with the standards of practice set out therein.

15. My local sponsor and person serving as local counsel with me in this case is:

    John G. Thompson
    Lightfoot, Franklin & White, L.L.C.
    The Clark Building
    400 North 20th Street
    Birmingham, AL 35203-3200
    *jthompson@lightfootlaw.com*
    (205) 581-0700 (phone)
    (205) 581-0799 (facsimile)

16. I also certify that I will submit the required fee of $75.00 on the PACER filing system.

I, Chad Bowman, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

This 27th day of July 2023.

_____
Applicant

Sworn to before me this __27th__ day of __July__, 2023.

_____
Notary Public
My commission expires __11-30-26__

    I hereby consent, as Counsel of Record, to the association of Chad Bowman in this matter.

/s/ John G. Thompson

John G. Thompson
*jthompson@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700 telephone

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

/s/
OF COUNSEL

## Chad R. Bowman
## Bar Admissions

**A.   State Bar Admissions**

| Bar | Admission Date | Bar Number |
|---|---|---|
| District of Columbia | 11/14/2003 | 484150 |
| Maryland | 12/23/2009 | 0912230004 |

**B.   Federal Court Admissions**

| Bar | Admission Date |
|---|---|
| *United States Supreme Court* | 11/3/2008 |
| *United States Courts of Appeal* | |
| for the 2nd Circuit | 05/14/2008 |
| for the 4th Circuit | 03/02/2007 |
| for the 6th Circuit | 06/30/2023 |
| for the 7th Circuit | 11/07/2012 |
| for the 8th Circuit | 03/15/2011 |
| for the 9th Circuit | 01/15/2015 |
| for the D.C. Circuit | 10/22/2004 |
| *United States District Court* | |
| for the District of Columbia | 04/05/2004 |
| for the District of Maryland | 01/04/2012 |
| for the Northern District of Illinois | 01/18/2012 |
| for the Western District of Michigan | 01/12/2023 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Chad R Bowman

was duly qualified and admitted on November 14, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2023.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.