FILED
2023 Jul-28 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

KAI SPEARS,

Plaintiff,

v.

THE NEW YORK TIMES COMPANY,

Defendant.

CIVIL ACTION NO. 23-CV-00692-LSC

MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Emily (Emmy) Parsons, pursuant to LR 83.1 of the United States District Court for the Northern District of Alabama, hereby applies to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:

1. My residence is located at:

    4664 Reservoir Rd NW
    Washington, DC 20007

2. My office address, telephone number, facsimile number, and email address as are follows:

    1909 K Street NW
    Washington, DC 20006
    Tel: (202) 661-7603
    Fax: (202) 661-2299
    parsonse@ballardspahr.com

3. I am a member in good standing and eligible to practice in the following jurisdictions:

Please see the attached list.

4. I am attaching hereto a copy of a Certificate of Good Standing from the District of Columbia.

5. I have been retained to represent the following client(s): The New York Times Company.

6. I have never been a member of the State Bar of Alabama.

7. I have never been denied *pro hac vice* admission in Alabama.

8. I have never had *pro hac vice* admission revoked in Alabama.

9. I have never been sanctioned or formally disciplined by a court in Alabama.

10. I have never been the subject of any formal disciplinary proceedings.

11. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

12. I have reviewed and am familiar with the Local Rules of the United States District Court for the Northern District of Alabama and will comply with the standards of practice set out therein.

13. I have reviewed and am familiar with the Alabama Rules of Professional Conduct adopted by the Alabama Supreme Court and will comply with the standards of practice set out therein.

14. I have reviewed and am familiar with the American Bar Association Model Rules of Professional Conduct and will comply with the standards of practice set out therein.

15. My local sponsor and person serving as local counsel with me in this case is:

John G. Thompson
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
*jthompson@lightfootlaw.com*
(205) 581-0700 (phone)
(205) 581-0799 (facsimile)

16. I also certify that I will submit the required fee of $75.00 on the PACER filing system.

I, Emily (Emmy) Parsons, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

This 27th day of July, 2023.

Applicant

Sworn to before me this 27th day of July, 2023.

Notary Public
My commission expires 8/5/28

Lynsey S. Roch
NOTARY PUBLIC
COUNTY OF GRAND TRAVERSE
My Commission Expires
August 5, 2028
Acting in the County of Grand Traverse
STATE OF MICHIGAN

I hereby consent, as Counsel of Record, to the association of Emily Parsons in this matter.

_______________________________

John G. Thompson
*jthompson@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700 telephone

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

/s/ [signature]
OF COUNSEL

**Admissions for Emily ("Emmy") Parsons**

State Bars

- New York (July 17, 2014; Registration No. 5274329)
- District of Columbia (April 6, 2015; Bar No. 1026101)

U.S. Courts of Appeals

- Ninth Circuit (May 15, 2017)
- Sixth Circuit (June 30, 2023)

U.S. District Courts

- U.S. District Court, Eastern District of Wisconsin (February 24, 2015)
- U.S. District Court, District of Columbia (November 2, 2020)
- U.S. District Court, Northern District of Florida (March 24, 2023)
- United States District Court, Middle District of Florida (May 1, 2023)

State Courts, *pro hac vice*

- Circuit Court of the Fifteenth Judicial Circuit, Florida (February 12, 2021)
- State of Minnesota, Hennepin County District Court (2020 & 2021)
- Circuit Court of Tennessee, Eleventh Judicial District at Chattanooga (October 2020)

Other, *pro hac vice*

- Mississippi Ethics Commission (July 2021)




*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Emily Shaw Parsons*

*was duly qualified and admitted on April 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2023.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***