# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **KAI SPEARS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 7:23-cv-00692-LSC |
| | ) | |
| **THE NEW YORK TIMES COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant The New York Times Company's Motion to Dismiss. (Doc. 12). Plaintiff has twenty-one (21) days from the date of this Order to respond to this motion. Defendant will thereafter have eleven (11) days to file a reply.

**DONE** and **ORDERED** on August 17, 2023.

_L. Scott Coogler_
United States District Judge

215647