# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 23-CV-00692-LSC |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | **JOINT MOTION** |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO CONTINUE DEADLINE FOR 26(f) CONFERENCE

Plaintiff Kai Spears and Defendant The New York Times Company ("The Times") (collectively, the "Parties") hereby move the Court for an Order continuing the deadlines, pursuant to the Court's Initial Order (Doc. 15), for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) until fourteen (14) days after the Court rules on The Times' pending motion to dismiss. In further support of this motion, the Parties state:

1. Plaintiff filed his initial complaint on May 30, 2023. (Doc. 1).

2. The Times moved to dismiss this complaint on July 28, 2023. (Doc. 12).

3. On July 28, 2023, the Court entered an Initial Order that required, inter alia, the parties to conduct a Rule 26(f) conference within thirty (30) days of the

Initial Order and submit a Planning Report within fourteen (14) days of the Rule 26(f) conference. (Doc. 14 at 1-2).

4. In light of the potentially dispositive motion to dismiss, the Parties request that the Court continue the Parties' obligations to conduct a Rule 26(f) conference and submit a Planning Report until after the Court rules on The Times' pending motion. In making this request, the Parties seek to avoid the potentially unnecessary expense of time and money associated with the planning conference and report. Further, the Parties also believe they will be better able to discuss and evaluate the matters to be addressed in the Rule 26(f) conference and report, if necessary, after the Court rules on the motion to dismiss.

WHEREFORE, the Parties move the Court for an Order continuing the parties' obligations to conduct a Rule 26(f) conference under the Court's Initial Order until fourteen (14) days after the Court rules on The Times' pending motion to dismiss.

Respectfully submitted,

*/s/ Matthew J. Winne*
One of the Attorneys for Defendant
The New York Times Company

OF COUNSEL:

John G. Thompson
*jthompson@lightfootlaw.com*
Matthew J. Winne
*mwinne@lightfootlaw.com*
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700

Chad R. Bowman (*pro hac vice*)
*bowmanchad@ballardspahr.com*
Emmy Parsons (*pro hac vice*)
*parsonse@ballardspahr.com*
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-2200

 

                                            */s/ R. Matt Glover (with permission)*
One of the Attorneys for Plaintiff
Kai Spears

OF COUNSEL:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New (*pro hac vice*)
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

              /s/ Matthew J. Winne
              OF COUNSEL