IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS, | ) |
| Plaintiff, | ) |
| v. | ) 7:23-cv-00692-LSC |
| THE NEW YORK TIMES COMPANY, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant The New York Times Company's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6). (Doc. 12.) For the reasons stated in this Court's Memorandum of Opinion entered contemporaneously herewith, the motion is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to Spears's false light claim and **DENIED** as to his defamation claim. Out of an abundance of caution, however, Spears is granted leave to amend his complaint within twenty-one (21) days of this Order to plausibly state a false light claim, if he can do so in good faith.

**DONE** AND **ORDERED** ON DECEMBER 6, 2023.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
215647