IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 23-CV-00692-LSC |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | **UNOPPOSED** |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant The New York Times Company ("Defendant") hereby moves the Court to enter an order extending the deadline for Defendant's response to Plaintiff's Complaint. In support of this motion, Defendant further states as follows:

1. Plaintiff filed the above-styled action in this Court on May 30, 2023. *See* Doc. 1.

2. On July 28, 2023, Defendant file a Motion to Dismiss. *See* Doc. 12.

3. Briefing concluded on the Motion to Dismiss on September 18, 2023, and on December 6, 2023, the Court issued its Order granting in part and denying in part Defendant's Motion to Dismiss. *See* Doc. 23.

4. Accordingly, Defendant's Answer to the Complaint is currently due December 20, 2023.

1

5. The Court's Order also permitted Plaintiff twenty-one (21) days to amend his Complaint to replead the dismissed claim. *See id.*

6. Plaintiff's Counsel has informed the undersigned that they intend to amend the Complaint.

7. Accordingly, Defendant requests an extension of time to respond to Plaintiff's Complaint until fourteen (14) days after Plaintiff files his Amended Complaint, as provided by Rule 15 of the Federal Rules of Civil Procedure, or alternatively, fourteen (14) days after Plaintiff's deadline to file an amended complaint, if Plaintiff does not file an amended complaint.

8. Defendant has conferred with Plaintiff, through counsel, and Plaintiff does not oppose this request.

## **CONCLUSION**

Defendant requests that the Court enter an order extending the deadline for Defendant to respond to Plaintiff's Complaint until fourteen (14) days after Plaintiff files his Amended Complaint or, alternatively, fourteen (14) days after Plaintiff's deadline to file an amended complaint, if Plaintiff does not file an amended complaint.

*/s/ Matthew J. Winne*
One of the Attorneys for Defendant
The New York Times Company

OF COUNSEL:

John G. Thompson
*jthompson@lightfootlaw.com*
Matthew J. Winne
*mwinne@lightfootlaw.com*
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

Chad R. Bowman (*pro hac vice*)
*bowmanchad@ballardspahr.com*
Emmy Parsons (*pro hac vice*)
*parsonse@ballardspahr.com*
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-2200
(202) 661-2299 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

/s/ Matthew J. Winne
OF COUNSEL