# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KAI SPEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 23-CV-00692-LSC |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | **JOINT MOTION** |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO CONTINUE DEADLINE FOR 26(f) CONFERENCE

Plaintiff Kai Spears and Defendant The New York Times Company ("The Times") (collectively, the "Parties") hereby move the Court for an Order continuing the deadlines, pursuant to the Court's Initial Order (Doc. 15), as modified by the Court's August 24, 2023 Order (Doc. 19), for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) until December 21, 2023. In further support of this motion, the Parties state:

1. Plaintiff filed his initial complaint on May 30, 2023. (Doc. 1).

2. The Times moved to dismiss this complaint on July 28, 2023. (Doc. 12).

3. On July 28, 2023, the Court entered an Initial Order that required, inter alia, the parties to conduct a Rule 26(f) conference within thirty (30) days of the

Initial Order and submit a Planning Report within fourteen (14) days of the Rule 26(f) conference. (Doc. 14 at 1-2).

4. On August 24, 2023, the Court granted the Parties' Joint Motion to Continue Deadlines for the 26(f) Conference, thereby extending the deadline to conduct the 26(f) Conference until fourteen (14) days after the Court issued its ruling on The Times Motion to Dismiss.

5. The Court issued its Order on the Motion the Dismiss on December 6, 2023, thereby setting the deadline for the 26(f) Conference on December 20, 2023.

6. The Parties have conferred and did not have mutual availability for the 26(f) Conference until December 21, 2023.

7. Therefore, the Parties request a one (1) day extension on the deadline for the 26(f) Conference.

WHEREFORE, the Parties move the Court for an Order continuing the parties' obligations to conduct a Rule 26(f) conference until December 21, 2023.

Respectfully submitted,

*/s/ Matthew J. Winne*
One of the Attorneys for Defendant
The New York Times Company

OF COUNSEL:

John G. Thompson
*jthompson@lightfootlaw.com*
Matthew J. Winne
*mwinne@lightfootlaw.com*

Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700

Chad R. Bowman (*pro hac vice*)
*bowmanchad@ballardspahr.com*
Emmy Parsons (*pro hac vice*)
*parsonse@ballardspahr.com*
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-2200

                                                  */s/ R. Matt Glover (with permission)*
                                                  One of the Attorneys for Plaintiff
                                                  Kai Spears

OF COUNSEL:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New (*pro hac vice*)
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of December 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

                                          */s/ Matthew J. Winne*
                                          OF COUNSEL