FILED

2024 May-20  PM 02:42
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| KAI SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 23-CV-00692-LSC |
| | ) | |
| THE NEW YORK TIMES COMPANY, | ) | **JOINT MOTION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE MAY 22ND HEARING

Plaintiff Kai Spears, Defendant The New York Times Company ("The Times"), and Movants The Board of Trustees of the University of Alabama  and the City of Tuscaloosa (collectively, the "Parties") hereby jointly move the Court for an Order continuing the hearing scheduled for May 22, 2024 (Doc. 47) regarding The Board of Trustees of the University of Alabama's Motion to Quash in Part (Doc. 40) and The City of Tuscaloosa's Motion to Quash (Doc. 45), for the parties to continue to meet and confer and further the interests of judicial economy. In further support of this motion, the Parties state:

1.      The Times served a Rule 45 Subpoena to Produce Documents on (1) The University of Alabama (c/o of the Office of Counsel), (2) the City of Tuscaloosa,

and (3) the Tuscaloosa County District Attorney's Office on or about March 11, 2024.

2.      The Board of Trustees of the University of Alabama filed a Motion to Quash Subpoena, in Part (Doc. 40) on March 26, 2024.

3.      The Tuscaloosa County District Attorney's Office served objections to The Times's subpoena on March 26, 2024.

4.      On March 27, 2024, the Court set the Motion to Quash for Hearing on April 25, 2024. (Doc. 42).

5.      On April 24, 2024, The Board of Trustees of the University of Alabama produced documents responsive to the Subpoena.

6.      On April 24, 2024, the City of Tuscaloosa filed a Motion to Quash Subpoena (Doc. 45).

7.      On April 24, 2024, the Parties filed a Joint Motion to Continue the April 25th hearing on the pending motions. The Court granted that Motion the same day, resetting the hearing to May 22, 2024 (Doc. 47).

8.      The Parties request the opportunity to further meet and confer on the issues raised in the Motion to Quash. In making this request, the Parties seek to avoid the potentially unnecessary expense of time and money associated with the hearing. Further, through the course of the discussions with the Parties, it has become apparent that the presence of the Tuscaloosa County's District Attorney's Office at

the hearing is necessary for purposes of judicial efficiency. Accordingly, The Times will conclude its meet and confer process with all of the aforementioned subpoena recipients, and if necessary, file a motion to compel responses against the Tuscaloosa County District Attorney's Office in order to get all necessary parties in front of the Court in the same hearing.

WHEREFORE, the Parties jointly move the Court for an Order continuing the hearing scheduled for May 22, 2024 (Doc. 47) regarding The Board of Trustees of the University of Alabama's Motion to Quash in Part (Doc. 40) and The City of Tuscaloosa's Motion to Quash (Doc. 45) for at least an additional thirty (30) days.

Respectfully submitted,

/s/ Matthew J. Winne
One of the Attorneys for Defendant
The New York Times Company

OF COUNSEL:

John G. Thompson
jthompson@lightfootlaw.com
Matthew J. Winne
mwinne@lightfootlaw.com
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700

Chad R. Bowman (pro hac vice)
bowmanchad@ballardspahr.com
Emmy Parsons (pro hac vice)
parsonse@ballardspahr.com

Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-2200

                                        /s/ R. Matt Glover (with permission)
                                        One of the Attorneys for Plaintiff
                                        Kai Spears

OF COUNSEL:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New (*pro hac vice*)
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

                                        /s/ Caty C. Waldrop (with permission)
                                        One of the Attorneys for The Board of
                                        Trustees of the University of Alabama

OF COUNSEL:

Caty C. Waldrop
Office of Counsel
The University of Alabama System
Box 870106
222 Rose Administration Bldg.
Tuscaloosa, Alabama 35487-0106
Attorney for Movant

(205) 348-5490
cwaldrop@uasystem.edu

*/s/ Hudson Cheshire (w/ permission)*
One of the Attorneys for the City of
Tuscaloosa

OF COUNSEL:

C. Hudson Cheshire
Bar Number: 0124S10B
Associate City Attorney
2201 University Blvd
Tuscaloosa, AL 35401
205-248-5140
205-349-0328 (Fax)
hcheshire@tuscaloosa.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of May 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

*/s/ Matthew J. Winne*
OF COUNSEL