IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **KAI SPEARS,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | 7:23-cv-00692-LSC |
| **THE NEW YORK TIMES COMPANY,** | ) ) ) ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is a joint motion by Defendant The New York Times Company, The Board of Trustees of the University of Alabama, and the City of Tuscaloosa to continue the hearing currently set for May 22, 2024. (Doc. 48.) This Court set the May 22 hearing to address pending motions by the Board of Trustees of the University of Alabama and the City of Tuscaloosa to quash subpoenas issued by Defendant The New York Times Company. (Docs. 44, 45.) The parties now jointly request to postpone the hearing while they continue to meet and confer on the issues raised in the motions to quash, and to "get all necessary parties in front of the Court in the same hearing." (Doc. 48 ¶ 8.)

This Court having considered the parties' request and the likelihood that a continuance will promote the interests of judicial economy, the motion to continue

(doc. 48) is **GRANTED**. The hearing currently scheduled for May 22, 2024, in this matter is hereby **RESET** for July 2, 2024, at 9:30 AM in the Federal Building, Tuscaloosa, Alabama, before Judge L. Scott Coogler.

**DONE** AND **ORDERED** ON MAY 21, 2024.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
215647