FILED
2026 Feb-24 PM 06:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| KAI SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 7:23-CV-00692-LSC |
| THE NEW YORK TIMES COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THE NEW YORK TIMES COMPANY'S SECOND AMENDED RULE 26(b)(5) PRIVILEGE LOG**

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| NYT (Spears) 0001904 | 2/15/2023 –3/6/2023 | | | | | | | Reporter's Privilege[2]; Irrelevance; Undue Burden; Disproportionality | Redacted phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation and involving sources and the newsgathering process for other articles. |
| NYT (Spears) 0001904 | 3/7/2023 9:27 AM | | | | | Unrelated Source; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation. |

[1] A numerical "Privilege Number" denotes that the document is being withheld in its entirety. When a Bates label is provided, the document has been produced with redactions covering the withheld information.
[2] Defendant The New York Times Company (hereinafter "The Times") is withholding documents and information pursuant to Article 1, Section 8 of the New York State Constitution, Section 79-h of the New York Civil Rights Law, Section 12-21-142 of the Alabama Code, the First and Fourteenth Amendments to the United States Constitution, and any other constitutional, statutory, or common law privilege that protects journalists from disclosing information obtained during the course of their newsgathering activity (collectively and hereinafter, the "Reporter's Privilege").

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| NYT (Spears) 0001904 | 3/7/2023 11:59 AM | | | | | Unrelated Source; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001904 | 3/8/2023 9:43 AM | | | | | Unrelated Source; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001904 | 3/11/2023 9:53 AM | | | | | Unrelated Source; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001904 | 3/13/2023 6:12 PM | | | | | Unrelated Source; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001904 | 3/13/2023 7:25 PM | | | | | Unrelated Source; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying phone calls unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| 1 | 3/14/2023 | | | | | Source B; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source B regarding Tuscaloosa. |
| 2 | 3/14/2023 12:43 | Alain Delaqueriere <alaind@nytimes.com> | Witz, Billy <billy.witz@nytimes.com> | | | | *Withheld – Privileged* | Reporter's Privilege | Source identifying correspondence regarding contact/background information for Source A. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 3/15/2023 | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source A regarding contact information. |
| 4 | 3/15/2023 2:46 | Billy Witz <billy.witz@nytimes.com> | Source A | | | | *Withheld – Privileged* | Reporter's Privilege | Source identifying correspondence regarding meeting logistics. |
| 5 | 3/15/2023 7:02 | Source A | Billy Witz <billy.witz@nytimes.com> | | | | *Withheld – Privileged* | Reporter's Privilege | Source identifying correspondence regarding meeting logistics. |
| 6 | 3/15/2023 7:58 | Billy Witz <billy.witz@nytimes.com> | Source A | | | | *Withheld – Privileged* | Reporter's Privilege | Source identifying correspondence regarding meeting logistics. |
| 7 | 3/15/2023 8:36 | Source A | Billy Witz <billy.witz@nytimes.com> | | | | *Withheld – Privileged* | Reporter's Privilege | Source identifying correspondence regarding meeting logistics. |
| 8 | 3/15/2023 8:37 | Billy Witz <billy.witz@nytimes.com> | Source A | | | | *Withheld – Privileged* | Reporter's Privilege | Source identifying correspondence regarding meeting logistics. |
| 62 | 3/15/2023 | | | | | | IMG_2579.MOV | Reporter's Privilege | Source identifying live photo. |
| 63 | 3/15/2023 | | | | | | IMG_2580.MOV | Reporter's Privilege | Source identifying live photo. |
| 64 | 3/15/2023 | | | | | | IMG_2581.MOV | Reporter's Privilege | Source identifying live photo. |
| 65 | 3/15/2023 | | | | | | IMG_2582.MOV | Reporter's Privilege | Source identifying live photo. |
| NYT (Spears) 0001904 | 3/15/2023 5:30 PM | | | | | Source B; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying information from phone conversation with Source B. |
| NYT (Spears) 0001904 | 3/15/2023 6:09 PM | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying information from phone conversation with Source A. |
| NYT (Spears) 0001904 | 3/15/2023 6:42 PM | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying information from phone conversation with Source A. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| NYT (Spears) 0001904 | 3/15/2023 10:39 PM | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Redactions are source identifying information from phone conversation with Source A. |
| 9 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source A regarding follow up after the publication of the Subject Article. |
| 10 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | Kai Spears.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |
| 11 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source A regarding follow up after the publication of the Subject Article. |
| 12 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | IMG_5182.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |
| 13 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source A regarding follow up after the publication of the Subject Article. |
| 14 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | IMG_5184.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |
| 15 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | IMG_5186.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | IMG_5185.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |
| 17 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | 29A12711-92FF-4994-A103-4D1CCF0D37EE.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |
| 18 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | IMG_5230.jpeg | Reporter's Privilege | Source identifying transmitted photo from Source A after the publication of the Subject Article. |
| 19 | 3/16/2023 | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source A regarding follow up after the publication of the Subject Article. |
| 20 | 3/16/2023 15:19 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Randy Archibold <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Pushback on Alabama shooting story | Attorney Client; Work Product | Correspondence seeking legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial Press Release. |
| 21 | 3/16/2023 15:21 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Randy Archibold <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Pushback on Alabama shooting story | Attorney Client; Work Product | Correspondence seeking legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial Press Release. |
| 22 | 3/16/2023 15:25 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Randy Archibold <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Pushback on Alabama shooting story | Attorney Client; Work Product | Correspondence in response to request for legal advice in anticipation of litigation from in-house counsel regarding Stephen |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | New, Esq.'s initial Press Release. |
| 23 | 3/16/2023 15:25 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Randy Archibold <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Pushback on Alabama shooting story | Attorney Client; Work Product | Correspondence seeking legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial Press Release. |
| 66 | 3/16/23 15:26 | Charlie Stadtlander <charlie.stadtlander@nytimes.com> | David McCraw <mccrad@nytimes.com>; Phil Corbett <corbett@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com>; Randy Archibold <randya@nytimes.com> | | | Fwd: Response to University of Alabama Player Denial | Attorney Client | Correspondence seeking legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| 24 | 3/16/2023 15:27 | David McCraw <mccrad@nytimes.com> | Charlie Stadtlander <charlie.stadtlander@nytimes.com> | Phil Corbett <corbett@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com>; Oskar Garcia <oskar.garcia@nytimes.com>; Randy Archibold <randya@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| 25 | 3/16/2023 15:29 | R.C. Archibold <randya@nytimes.com> | David McCraw <mccrad@nytimes.com> | Charlie Stadtlander <charlie.stadtlander@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com>; Oskar Garcia <oskar.garcia@nytimes.com>; Phil Corbett <corbett@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 3/16/2023 16:07 | Phil Corbett <corbett@nytimes.com> | R.C. Archibold <randya@nytimes.com> | David McCraw <mccrad@nytimes.com>; Charlie Stadtlander <charlie.stadtlander@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com>; Oskar Garcia <oskar.garcia@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| NYT (Spears) 0001816 | 3/16/23 16:28 | Phil Corbett <corbett@nytimes.com> | Randy Archibold <randya@nytimes.com> | Wessling, Susan <wessling@nytimes.com> | | | Fwd: Response to University of Alabama Player Denial | Attorney Client | Redactions are correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| 27 | 3/16/2023 16:37 | David McCraw <mccrad@nytimes.com> | Charlie Stadtlander <charlie.stadtlander@nytimes.com> | Phil Corbett <corbett@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com>; Oskar Garcia <oskar.garcia@nytimes.com>; Randy Archibold <randya@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| 28 | 3/16/2023 16:41 | Charlie Stadtlander <charlie.stadtlander@nytimes.com> | David McCraw <mccrad@nytimes.com> | Phil Corbett <corbett@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com>; Oskar Garcia <oskar.garcia@nytimes.com>; Randy Archibold <randya@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 3/16/2023 16:42 | Oskar Garcia <oskar.garcia@nytimes.com> | Charlie Stadtlander <charlie.stadtlander@nytimes.com> | David McCraw <mccrad@nytimes.com>; Phil Corbett <corbett@nytimes.com>; Rogene Jacquette <rogene.jacquette@nytimes.com>; Susan Wessling <wessling@nytimes.com>; Randy Archibold <randya@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| NYT (Spears) 0001819 | 3/16/23 16:43 | R.C. Archibold <randya@nytimes.com> | Phil Corbett <corbett@nytimes.com> | Wessling, Susan <wessling@nytimes.com> | mike.wilson@nytimes.com <mike.wilson@nytimes.com> | | Re: Response to University of Alabama Player Denial | Attorney Client; Work Product | Redactions are correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| NYT (Spears) 0000104 | 3/16/2023 16:48 | R.C. Archibold <randya@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | | | | Fwd: Response to University of Alabama Player Denial | Attorney Client; Work Product | Redactions are correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| NYT (Spears) 0001823 | 3/16/23 16:50 | Phil Corbett <corbett@nytimes.com> | R.C. Archibold <randya@nytimes.com> | Wessling, Susan <wessling@nytimes.com> | | | Re: Response to University of Alabama Player Denial | Attorney Client; Work Product | Redactions are correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests for comment from another media outlet. |
| NYT (Spears) 0000108 | 3/16/2023 17:08 | Oskar Garcia <oskar.garcia@nytimes.com> | R.C. Archibold <randya@nytimes.com> | | | | Re: Response to University of Alabama Player Denial | Attorney Client; Work Product | Redactions are correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding requests |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | for comment from another media outlet. |
| NYT (Spears) 0000118 | 3/17/2023 20:09 | | | | | | Private -- Alabama recap.pdf | Attorney Client; Reporter's Privilege | Redactions are a private summary of legal advice in anticipation of litigation from in-house counsel after Stephen New, Esq.'s initial Press Release. |
| 30 | 3/18/2023 | | | | | Source A; +15623556544 Billy Witz | | Reporter's Privilege | Source identifying correspondence with Source A regarding follow up after the publication of the Subject Article. |
| NYT (Spears) 0000119 | 3/18/2023 4:37 | | | | | | Private -- Alabama recap.pdf | Attorney Client; Work Product; Reporter's Privilege | Redactions are a private summary of legal advice in anticipation of litigation from in-house counsel after Stephen New, Esq.'s initial Press Release. |
| NYT (Spears) 0000120; 0001827 | 3/18/2023 11:13 | Oskar Garcia <oskar.garcia@nytimes.com> | Carolyn Ryan <cryan@nytimes.com> | Randy Archibold <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com>; Phil Corbett <corbett@nytimes.com>; David McCraw <mccrad@nytimes.com> | | | Private -- Alabama shooting story | Attorney Client; Work Product | Redactions are a private summary of legal advice in anticipation of litigation from in-house counsel after Stephen New, Esq.'s initial Press Release. |
| NYT (Spears) 0000142 | 3/19/2023 11:32 | Carolyn Ryan <cryan@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | | | | Re: Private -- Alabama shooting story | Attorney Client; Work Product | Redactions are a private summary of legal advice in anticipation of litigation from in-house counsel after Stephen New, Esq.'s initial Press Release. |
| NYT (Spears) 0001828 | 3/18/23 11:33 | Phil Corbett <corbett@nytimes.com> | Wessling, Susan <wessling@nytimes.com> | | | | Fwd: Private -- Alabama shooting story | Attorney Client; Work Product | Redactions are a private summary of legal advice in anticipation of litigation from in- |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | house counsel after Stephen New, Esq.'s initial Press Release. |
| 31 | 3/20/2023 13:12 | David McCraw <mccrad@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Garcia, Oskar <oskar.garcia@nytimes.com> | | | | Fwd: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 67 | 3/20/23 13:46 | R.C. Archibold <randya@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | | | | Fwd: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 32 | 3/20/2023 14:24 | Oskar Garcia <oskar.garcia@nytimes.com> | Billy Witz <billy.witz@nytimes.com> | | | | Fwd: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 33 | 3/20/2023 14:42 | Billy Witz <billy.witz@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 34 | 3/20/2023 16:36 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | Archibold, Randy <randya@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 35 | 3/20/2023 22:44 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 36 | 3/21/2023 0:22 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 37 | 3/21/2023 5:59 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 38 | 3/23/2023 8:16 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | correspondence to The New York Times Company. |
| 39 | 3/23/2023 8:37 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 68 | 3/23/23 8:39 | Mike Wilson <mike.wilson@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Archibold, Randy <randya@nytimes.com>; David McCraw <mccrad@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 40 | 3/23/2023 8:55 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 41 | 3/23/2023 8:56 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 3/23/2023 9:04 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Re: Kai Spears - article March 15, 2023. Confidential settlement demand pursuant to Rule 408 FRE- do not disclose | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s initial correspondence to The New York Times Company. |
| 43 | 3/23/2023 10:48 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | Kai Spears - Draft Response | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 44 | 3/23/2023 10:48 | | | | | | Kai Spears Letter.docx | Attorney Client; Work Product | Draft response letter from in-house counsel to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 45 | 3/23/2023 11:25 | Mike Wilson <mike.wilson@nytimes.com> | David McCraw <mccrad@nytimes.com> | Archibold, Randy <randya@nytimes.com>; Oskar Garcia <oskar.garcia@nytimes.com> | | | Re: Kai Spears - Draft Response | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 46 | 3/23/2023 13:05 | Oskar Garcia <oskar.garcia@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | David McCraw <mccrad@nytimes.com>; Archibold, Randy <randya@nytimes.com> | | | Re: Kai Spears - Draft Response | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 47 | 3/23/2023 16:56 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com>; Archibold, Randy <randya@nytimes.com> | | | Re: Kai Spears - Draft Response | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 48 | 3/23/2023 17:17 | David McCraw <mccrad@nytimes.com> | Garcia, Oskar <oskar.garcia@nytimes.com> | | | | Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 49 | 3/23/2023 17:17 | | | | | | Kai Spears Letter.docx | Attorney Client; Work Product | Draft response letter from in-house counsel to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 50 | 3/23/2023 17:34 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | | | | Re: Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | The New York Times Company. |
| 51 | 3/23/2023 17:36 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | | | | Re: Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 52 | 3/23/2023 17:42 | Oskar Garcia <oskar.garcia@nytimes.com> | Billy Witz <billy.witz@nytimes.com> | | | | Fwd: Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 53 | 3/23/2023 17:42 | | | | | | Kai Spears Letter.docx | Attorney Client; Work Product | Draft response letter from in-house counsel to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 54 | 3/23/2023 17:45 | Billy Witz <billy.witz@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | | | | Re: Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 3/23/2023 17:46 | Oskar Garcia <oskar.garcia@nytimes.com> | Billy Witz <billy.witz@nytimes.com> | | | | Re: Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 56 | 3/23/2023 17:48 | Billy Witz <billy.witz@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | | | | Re: Revised Letter | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding draft response letter to Stephen New, Esq. after his initial correspondence to The New York Times Company. |
| 57 | 3/24/2023 17:52 | Oskar Garcia <oskar.garcia@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | David McCraw <mccrad@nytimes.com>; Archibold, Randy <randya@nytimes.com> | | | Re: From The New York Times | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s response to The New York Times Company's response to his initial correspondence. |
| 58 | 3/24/2023 18:00 | Oskar Garcia <oskar.garcia@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | David McCraw <mccrad@nytimes.com>; Archibold, Randy <randya@nytimes.com> | | | Re: From The New York Times | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s response to The New York Times Company's response to his |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | initial correspondence. |
| 59 | 3/24/2023 18:11 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com>; Archibold, Randy <randya@nytimes.com> | | | Re: From The New York Times | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s response to The New York Times Company's response to his initial correspondence. |
| 60 | 3/27/2023 15:24 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | | | Re: From The New York Times | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s response to The New York Times Company's response to his initial correspondence. |
| 61 | 3/27/2023 15:28 | David McCraw <mccrad@nytimes.com> | Oskar Garcia <oskar.garcia@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | | | Re: From The New York Times | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding Stephen New, Esq.'s response to The New York Times Company's response to his initial correspondence. |
| 69 | 3/28/23 10:36 | David McCraw <mccrad@nytimes.com> | Susan Beachy <susan.beachy@nytimes.com> | | | | *Withheld – Privileged* | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 70 | 3/28/23 10:38 | Susan Beachy <susan.beachy@nytimes.com> | David McCraw <mccrad@nytimes.com> | | | | *Withheld – Privileged* | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel. |
| 71 | 3/28/23 10:39 | David McCraw <mccrad@nytimes.com> | Garcia, Oskar <oskar.garcia@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com>; Archibold, Randy <randya@nytimes.com>; Billy Witz <billy.witz@nytimes.com> | | | | *Withheld – Privileged* | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel. |
| 72 | 3/28/23 10:40 | David McCraw <mccrad@nytimes.com> | Susan Beachy <susan.beachy@nytimes.com> | | | | *Withheld – Privileged* | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel. |
| 73 | 4/19/23 10:23 | Oskar Garcia <oskar.garcia@nytimes.com> | David McCraw <mccrad@nytimes.com>; Mike Wilson <mike.wilson@nytimes.com> | | | | Quickie question | Attorney Client; Work Product | Correspondence regarding legal advice in anticipation of litigation from in-house counsel regarding updates on newsgathering and future work. |
| NYT (Spears) 0001840 | 5/31/23 16:22 | Mike Wilson <mike.wilson@nytimes.com> | | Phil Corbett <corbett@nytimes.com>; Carolyn Ryan <cryan@nytimes.com> | | | Re: Alabama Basketball Player Files a Suit Against Us | Attorney Client; Work Product | Redactions are confidential communications between in-house counsel and employees of the New York Times Company for purposes of obtaining/rendering legal advice after the lawsuit had been filed. |
| NYT (Spears) 0001841 | 5/31/23 17:06 | Phil Corbett <corbett@nytimes.com> | Mike Wilson <mike.wilson@nytimes.com> | Carolyn Ryan <cryan@nytimes.com>; Wessling, Susan <wessling@nytimes.com> | | | Re: Alabama Basketball Player Files a Suit Against Us | Attorney Client; Work Product | Redactions are confidential communications between in-house counsel and employees of the New York Times Company for purposes of obtaining/rendering legal advice after |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | the lawsuit had been filed. |
| NYT (Spears) 0001843 | 5/31/23 19:05 | Mike Wilson <mike.wilson@nytimes.com> | Phil Corbett <corbett@nytimes.com> | Carolyn Ryan <cryan@nytimes.com>; Wessling, Susan <wessling@nytimes.com> | | | Re: Alabama Basketball Player Files a Suit Against Us | Attorney Client; Work Product | Redactions are confidential communications between in-house counsel and employees of the New York Times Company for purposes of obtaining/rendering legal advice after the lawsuit had been filed. |
| N/A | 5/31/2023-Present | N/A | N/A | N/A | N/A | N/A | N/A | Attorney Client; Work Product | Confidential communications between in-house or outside counsel and employees of the New York Times Company for purposes of obtaining/rendering legal advice; Confidential communications between employees of The New York Times Company made at the direction of Counsel or in furtherance of legal advice from Counsel; Materials prepared in anticipation of litigation |
| NYT (Spears) 0001833 | N/A | | | | | | Alabama basketball notes .docx | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001837 | N/A | | | | | | Alabama basketball notes .docx | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| NYT (Spears) 0001837 | N/A | | | | | | Alabama basketball notes .docx | Reporter's Privilege | Redactions are off the record communications unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001850 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source B. |
| NYT (Spears) 0001851 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001852 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001852 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001852 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source B. |
| NYT (Spears) 0001853 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001854 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001854 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from conversation with Source A. |
| NYT (Spears) 0001855 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying notes from |

| Privilege Number/ Bates Label[1] | Family Date/Time | Email From | Email To | Email CC | Email BCC | All Participants | Unified Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | conversation with Source A. |
| NYT (Spears) 0001862 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying journalistic notes unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001863 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying journalistic notes unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001864 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying journalistic notes unrelated to the Subject Article or claims and defenses at issue in this litigation. |
| NYT (Spears) 0001865 | N/A | | | | | | 0538_001.pdf | Reporter's Privilege | Redactions are source identifying journalistic notes unrelated to the Subject Article or claims and defenses at issue in this litigation. |

*/s/ Matthew J. Winne*
One of the Attorneys for Defendant
The New York Times Company

OF COUNSEL:

John G. Thompson
jthompson@lightfootlaw.com

Matthew J. Winne
mwinne@lightfootlaw.com
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
(205) 581-0799 (facsimile)

Chad R. Bowman (pro hac vice)
bowmanchad@ballardspahr.com
Emmy Parsons (pro hac vice)
parsonse@ballardspahr.com
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-2200
(202) 661-2299 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of July 2024, I caused a copy of the foregoing to be served on the following counsel of record via electronic mail:

R. Matt Glover
PRINCE GLOVER HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

Stephen P. New
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com

*/s/ Matthew J. Winne*
OF COUNSEL