FILED

2026 Aug-04  PM 12:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **KAI SPEARS,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Case No. 7:23-cv-692-ACA** |
| | ] | |
| **THE NEW YORK TIMES** | ] | |
| **COMPANY,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Before the court are several motions in limine filed by Defendant The New York Times (docs. 193–204, 206, 208, 216) and the parties' joint stipulation regarding evidence to be excluded at trial (doc. 269). The court **GRANTS** the unopposed motions. (Docs. 193, 195, 196, 197, 198, 199, 204).

The Times's motion to "Limit Plaintiff to Disclosed Damages Claims, Categories, Evidence, And Testimony" (doc. 194) is characterized as unopposed, but the court notes that the cursory argument regarding damages of third parties (*id.* at 6) is addressed more fully in another motion (*see* doc. 215). Mr. Spears opposes that motion. (*See* doc. 230 at 1 n.1). So the court **STRIKES** paragraph eleven and the seventh form of requested relief in the Times's motion to "Limit Plaintiff to Disclosed Damages Claims, Categories, Evidence, And Testimony." (Doc. 194 at 6, 8). The court **GRANTS** all other relief requested by the Times. (Doc. 194).

The parties have stipulated that the following motions in limine are to be granted: docs. 200, 206, 208, 216. (*See* doc. 269). Accordingly, the court **GRANTS** those motions.

Finally, the Times filed three amended motions (docs. 210, 213, 216) that duplicate the arguments presented in docs. 201–03. Because the Times filed amended motions, the court **FINDS** docs. 201–03 **MOOT**.

**DONE** and **ORDERED** this August 4, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE