FILED
2026 Aug-27 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
United States District Court
Northern District of Alabama
AUG 21 2026
Judge Annemarie Axon

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION**

**KAI SPEARS,**

**Plaintiff,**

**v.**

**THE NEW YORK TIMES COMPANY,**

**Defendant.**

**Case No. 7:23-CV-692-ACA**

## VERDICT FORM

After you have retired to the jury room to consider your verdict in this case and after you have elected a foreperson, you must answer the following questions:

## Count One: Defamation

**Question 1:** Do you find that Mr. Spears proved by a preponderance of the evidence that The Times published materially false statements about Mr. Spears in its article, "A Fourth Alabama Player Was at a Deadly Shooting, in a Car Hit by Bullets"?

YES X NO____

*If you answered "YES," proceed to Question 2.*

*If you answered "NO," your verdict is for The Times on Count One and you should stop answering further questions for Count One and proceed to Question 8 for Count Two.*

**Question 2:** Do you find that Mr. Spears proved by a preponderance of the evidence that the materially false statement conveyed a defamatory meaning when read in the context of the Article as read in its entirety by an ordinary reader or reader of average intelligence?

YES X NO____

*If you answered "YES," proceed to Question 3.*

*If you answered "NO," your verdict is for The Times on Count One and you should stop answering further questions for Count One and proceed to Question 8 for Count Two.*

**Question 3:** Do you find that Mr. Spears proved by a preponderance of the evidence that The Times was negligent in publishing the defamatory statements in the Article?

YES X NO____

*If you answered "YES," proceed to Question 4.*

*If you answered "NO," your verdict is for The Times on Count One and you should stop answering further questions for Count One and proceed to Question 8 for Count Two.*

**Question 4:** Do you find that Mr. Spears proved by a preponderance of the evidence that he suffered actual harm because of The Times's publication of the defamatory statement?

YES X NO____

*Proceed to Question 5.*

**Question 5:** Has Mr. Spears proved by clear and convincing evidence that The Times published a defamatory statement with actual malice?

YES X NO____

*If you answered "NO" to Question 4 and "YES" to Question 5, your verdict is for Mr. Spears on Count One and you should proceed to Question 6 and write "$0" on the line below Question 6.*

*Otherwise, if you answered "YES" to Question 5, your verdict is for Mr. Spears on Count One and you should proceed to Question 6.*

*If you answered "NO" to both Question 4 and Question 5, your verdict is for The Times on Count One and you should stop answering further questions for Count One and proceed to Question 8 for Count Two.*

**Question 6:** Only if you have answered "YES" to Question 1, Question 2, Question 3, and Question 4, write the total amount of compensatory damages on the line below that you award Mr. Spears.

TOTAL COMPENSATORY DAMAGES $ 250,000.00

*If you answered "YES" to Question 5, proceed to Question 7.*

**Question 7:** If you have answered "YES" to Question 1, Question 2, Question 3, and Question 5, write the total amount of presumed damages on the line below that you award Mr. Spears. Otherwise, write "$0" on the line below.

TOTAL PRESUMED DAMAGES $ 500,000.00

**Count Two: False Light Invasion of Privacy**

**Question 8:** Has Mr. Spears proved by a preponderance of the evidence that The Times intentionally publicized false information about him?

YES X  NO ____

*If you answered "YES," proceed to Question 9.*

*If you answered "NO," your verdict is for The Times on Count Two and you should skip the remaining questions and sign the verdict form.*

**Question 9:** Has Mr. Spears proved by clear and convincing evidence that The Times knew at the time of publication that the information in the Article was false, or acted with reckless disregard about whether it was false or not?

YES X NO____

*If you answered "YES," proceed to Question 10.*

*If you answered "NO," your verdict is for The Times on Count Two and you should skip the remaining questions and sign the verdict form.*

**Question 10:** Has Mr. Spears proved by clear and convincing evidence that The Times knew when it published the Article that it would place Mr. Spears in a false light, or acted with reckless disregard as to whether it would place him in a false light?

YES X NO____

*If you answered "YES," proceed to Question 11.*

*If you answered "NO," your verdict is for The Times on Count Two and you should skip the remaining questions and sign the verdict form.*

**Question 11:** Has Mr. Spears proved by a preponderance of the evidence that the information placed him in a false light in the public eye and that the false light would be highly offensive to a reasonable person in his position?

YES X NO____

*If you answered "YES," proceed to Question 12.*

*If you answered "NO," your verdict is for The Times on Count Two and you should skip the remaining questions and sign the verdict form.*

**Question 12:** Has Mr. Spears proved by a preponderance of the evidence that the false light caused him harm?

YES X NO____

*If you answered "YES," proceed to Question 13.*

*If you answered "NO," your verdict is for The Times on Count Two and you should skip the remaining questions and sign the verdict form.*

**Question 13:** If you answered "YES" to Question 12, what is the total amount of compensatory damages Mr. Spears proved with a reasonable certainty?

TOTAL COMPENSATORY DAMAGES $ 1 million

**Question 14:** If you wrote "$0" on Question 13, but you find that Mr. Spears failed to provide sufficient evidence for you to determine with reasonable certainty an amount of compensatory damages to award, you may award nominal damages. Nominal damages are a very small amount, such as $1.00.

TOTAL NOMINAL DAMAGES $ ~~7.5 million~~ JGK 0

**Question 15:** If you wrote "$0" for both Nominal and Compensatory Damages, write "$0" below. Otherwise, what is the total amount of punitive damages, if any, you award Mr. Spears?

TOTAL PUNITIVE DAMAGES $ 7.5 million

So say we all, this 20 day of Aug 2026